JAY B. PHELPS, APPELLANT, v. BOARD OF EDUCATION OF THE TOWN OF WEST NEW YORK, NEW JERSEY. RESPONDENTS.

Argued February 6, 1936—Decided May 14, 1936.

For the appellant, *McCarter & English.*

For the respondents, *Reinhold Hekeler.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.